UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| AMY CONNELLY, | ) | |
|     Plaintiff | ) | |
| v. | ) | Civil Action No. 2:21-cv-00291 |
| | ) | |
| CITY OF ST. ALBANS, VERMONT, | ) | |
| et al., | ) | |
|     Defendants | ) | |

## **DISCOVERY CERTIFICATE**

NOW COMES Attorney Evan Chadwick, Esq., attorney for the plaintiff, and certifies he served via electronic mail <u>NOTICE OF DEPOSITION OF ZACHARY KOCH</u> upon the following counsel of record for all parties:

McNeil, Leddy, & Sheahan, P.C.
Michael J. Leddy, Esq.
Attorney for City of St. Albans and
Gary Taylor
271 South Union Street
Burlington, Vermont 05401
mleddy@mcneilvt.com

Cleary, Shahi, & Aicher, P.C.
Kaveh S. Shahi, Esq.
Attorney for Jason Lawton
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740
kss@clearyshahi.com

Carroll, Boe, Pell, & Kite, P.C.
Kevin L. Kite, Esquire
Attorney for Zachary Koch
64 Court Street
Middlebury, VT 05753
kkite@64court.com

DATED at Brattleboro, Vermont this 28th day of December, 2022.

By:    <u>*/s/ Evan Chadwick*</u>
        Evan Chadwick, Esq.
        Counsel for Plaintiff
        Chadwick & Spensley, PLLC
        136 High Street
        Brattleboro, VT 05301
        (802) 257-7161
        evan@chadwicklawvt.com