NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Amy Connelly

      v.                            Case No. 2:21-cv-291

City of St. Albans, et al.

TAKE NOTICE that the above-entitled case has been scheduled  at 11:00 a.m. on Monday, December 09, 2024 in Rutland, Vermont, before Honorable Joseph Laplante, District Judge, for a Pretrial Conference.

Location: Main Courtroom, 2nd Floor          JEFFREY S. EATON, Clerk
                                               By: */s/ Jennifer B. Ruddy*
                                               Deputy Clerk
                                               9/27/2024

TO:

Evan Chadwick, Esq.

Michael Leddy, Esq.
Kaveh Shahi, Esq.
Kevin Kite, Esq.
Philip Woodward, Esq.

Sunnie Donath, Court Reporter