UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

<u>  Amy Connelly                                  </u>,   )
                                                          )
              Plaintiff(s),                               )
                                                          )
          v.                                              )    Civil Action No. <u>2:21-cv-00291-</u>
                                                          )
<u>City of St. Albans et al.                       </u>,  )
                                                          )
              Defendant(s).                               )

**EVALUATOR'S REPORT**

Please select one:

| | |
|---|---|
| ✔ | First Session Report |
| ☐ | Second Session Report |
| ☐ | Third Session Report |
| ☐ | Corrected/Revised Report |
| ☐ | Supplemental Report |
| ☐ | Other |

<u>   James W. Spink, Esq.          </u>, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

**(j)(1)(A):**   **Date of session:**    **Start time:**    **Finish time:**
                 <u>10/14/2024          </u>  <u>10:00 am       </u>  <u>2:00 am              </u>

**(j)(1)(B):**   **Names of attendees:**           **Role:**              **Settlement authority:**
                                                                          (check only where applicable)

| Names | Role | Settlement authority |
|---|---|---|
| Any Connelly | Plaintiff | ✔ |
| Evan Chadwick, Esq. (with A. Mowie a | for Plaintiff | |
| Dominic Cloud | Defendant City | |
| Terri Crawford, Kelly Kindestin | Defendant VLCT | ✔ |
| Jason Lawton | Defendant | |
| Zachary Koch | Defendant | |
| Attys. Leddy, Kite and Shahi | for Defendants | |
| Phil Woodward, Esq. | Defendant VLT | ✔ |
| | | |
| | | |

**(j)(1)(C):**   **Substitute arrangements regarding attendance:**

**(j)(1)(D):**   **Date parties' Evaluation Statements received by Evaluator:**
    **Plaintiff(s):**   **Date:** _____
    **Defendant(s):**   **Date:** 10/11/2024

**(j)(1)(E):**   **Oral presentations:**

**(j)(1)(F):**   **Results of session:**
**(j)(1)(F)(i):**   ☐ **Full settlement**   ☐ **Partial settlement**
    ✔ **No settlement**

**(j)(1)(F)(ii):**   **Stipulation to narrow the scope of dispute:**   ☐ **N/A**

**(j)(1)(F)(iii):**   **Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:**   ☐ **N/A**

**Scheduling another ENE session:**   ☐ Yes   ✔ No

**Other comments** (please refer to L.R. 16.1(j)(2)):

Dated at <u>Burlington, VT</u> on this <u>19</u> day of <u>October</u>, <u>2024</u>.

             James W. Spink
             /s/ James W. Spink
             Evaluator

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Amy Connelly_____, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:21-cv-00291-c |
| | ) | |
| City of St. Albans et al._____, | ) | |
| | ) | |
| Defendant(s). | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, <u>James W. Spink, Esq.</u>, the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the <u>19</u> day of <u>October</u>, <u>2024</u>, I served a copy of the foregoing Evaluator's Report on the parties as indicated below.

| | | |
|---|---|---|
| ___ CM/ECF | ✔ CM/ECF | ✔ CM/ECF |
| ___ U.S. Mail | ___ U.S. Mail | ___ U.S. Mail |
| ___ Hand | ___ Hand | ___ Hand |

Dated at <u>Burlington, VT</u> on this <u>19</u> day of <u>October</u>, <u>2024</u>.

James W. Spink_____<br>
/s/ James W. Spink_____<br>
Evaluator