UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| AMY CONNELLY,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ST. ALBANS, VERMONT, *et al.*<br>　　　　Defendants. | Civil Action No. 2:21-cv-291 |

## **STIPULATION OF DISMISSAL OF INDIVIDUAL DEFENDANTS**

NOW COME the Parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate as follows:

That all claims against Defendants Jason Lawton and Zachary Koch, whether in their individual or official capacities, shall be dismissed ***with prejudice*** and that said dismissal shall be without monetary payment, admission, or other consideration on the part of these individuals. The parties shall bear their own costs and attorneys' fees. This voluntary dismissal is a final order pursuant to Fed. R. Civ. P. 41(a).

CHADWICK & SPENSLEY, PLLC

10/31/24BY:/s/ Evan B. Chadwick
DateEvan B. Chadwick, Esq.
136 High Street
P.O. Box 1682
Brattleboro, VT 05302-6182
evan@chadwicklawvt.com
*Attorneys for Plaintiff*

                                                                McNEIL, LEDDY & SHEAHAN, P.C.

10/31/24                             BY:    /s/ Michael J. Leddy
Date                                       Michael J. Leddy, Esq.
                                             271 South Union Street
                                             Burlington, VT 05401
                                             mleddy@mcneilvt.com
                                             *Attorneys for Defendant City of St. Albans*

                                             CARROLL, BOE, PELL & KITE, P.C.

10/31/24                             BY:    /s/ Kevin L. Kite
Date                                         Kevin L. Kite, Esq.
                                             64 Court Street
                                             Middlebury, VT 05753
                                             kkite@64court.com
                                             *Attorneys for Defendant Zachary Koch*

                                             CLEARY SHAHI & AICHER, P.C.

10/31/24                             BY:    /s/ Kaveh S. Shahi
Date                                         Kaveh S. Shahi, Esq.
                                             PO Box 6740
                                             Rutland, VT 05702-6740
                                             kss@clearyshahi.com
                                             *Attorneys for Defendant Jason Lawton*

**APPROVED AND SO ORDERED:**


_____                            _____
Date                                                       U.S. District Court Judge