UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| AMY CONNELLY,<br>      Plaintiff,<br><br>      v.<br><br>CITY OF ST. ALBANS, VERMONT,<br>      Defendant. | )<br>)<br>)<br>)    Civil Action No. 2:21-cv-291<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that this matter is hereby dismissed *with prejudice*. Each Party shall bear their own costs and attorneys' fees. This voluntary dismissal is a final order pursuant to Fed. R. Civ. P. 41(a).

CHADWICK & SPENSLEY, PLLC

11/1/24                          BY:    /s/ Evan B. Chadwick
Date
                                            Evan B. Chadwick, Esq.
                                            136 High Street
                                            P.O. Box 1682
                                            Brattleboro, VT 05302-6182
                                            evan@chadwicklawvt.com
                                            *Attorneys for Plaintiff*

McNEIL, LEDDY & SHEAHAN, P.C.

11/1/24                          BY:    /s/ Michael J. Leddy
Date
                                            Michael J. Leddy, Esq.
                                            271 South Union Street
                                            Burlington, VT 05401
                                            mleddy@mcneilvt.com
                                            *Attorneys for Defendant City of St. Albans*

2

**APPROVED AND SO ORDERED:**

_____        _____
Date                                                                       U.S. District Court Judge